UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-61220-KMM

AISHIA PETERSEN,

    Plaintiff,

v.

BRIGHTON COLLECTIBLES, LLC,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff AISHIA PETERSEN and Defendant BRIGHTON COLLECTIBLES, LLC, by and through their respective undersigned counsel, pursuant to S.D. Fla. L.R. 16.4, hereby jointly give notice that they have reached a settlement in principle of this action. The parties anticipate filing a joint motion to approve a consent decree and dismiss this action with prejudice within thirty (30) days.

Dated:  August 16, 2022            Respectfully submitted,

| | |
|---|---|
| *s/ Acacia Barros* | *s/ Adam S. Chotiner*[1] |
| Acacia Barros, Esq. | Adam S. Chotiner, Esq. |
| E-Mail: ab@barroslawfirm.com | E-Mail: achotiner@sbwh.law |
| Acacia Barros, P.A. | Shapiro, Blasi, Wasserman & Hermann, P.A. |
| 11120 N. Kendall Drive, Suite 201 | 7777 Glades Rd., Suite 400 |
| Miami, FL 33176 | Boca Raton, FL  33434 |
| Tel: 305-639-8381 | Tel: (561) 477-7800 |
| Counsel for Plaintiff | Fax: (561) 477-7722 |
| *Via CM/ECF* | Counsel for Defendant |
| | *Via CM/ECF* |

---

[1] Plaintiff's counsel Acacia Barros has provided Adam S. Chotiner with express authority to jointly file this notice.

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

<i>s/ Adam S. Chotiner</i><br>ADAM S. CHOTINER, ESQ.

## SERVICE LIST

<i>Aishia Petersen v. Brighton Collectibles, LLC</i><br>Case No. 0:22-cv-61220-KMM<br>United States District Court, Southern District of Florida

| | |
|---|---|
| Acacia Barros, Esq.<br>E-Mail: ab@barroslawfirm.com<br>Acacia Barros, P.A.<br>11120 N. Kendall Drive, Suite 201<br>Miami, FL 33176<br>Tel: 305-639-8381<br>Counsel for Plaintiff<br>*Via CM/ECF* | Adam S. Chotiner, Esq.<br>E-Mail: achotiner@sbwh.law<br>Shapiro, Blasi, Wasserman & Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL  33434<br>Tel: (561) 477-7800<br>Fax: (561) 477-7722<br>Counsel for Defendant<br>*Via CM/ECF* |